# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

130557

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

WILLIAM BELL and HEATHER BELL,
as Co-Guardians of TAYLOR BLASI,
a minor child,
      Plaintiffs-Appellees,

v

REN-PHARM, INC., d/b/a MATTAWAN
PHARMACY, and EDWARD NANTAIS,
      Defendants-Appellants.

SC: 130557
COA: 255977
Kalamazoo CC: 03-000237-NH

_____/

      On order of the Court, the application for leave to appeal the January 19, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

_____
Clerk

p0918